AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  20-8122-WM |
| ROBERT DUNN | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

**FILED BY** ✗ **D.C.**

**MAR 1 0 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 10, 2020_____ in the county of _____Palm Beach_____ in the
___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Receipt of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) & (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James E. Keller, II, Task Force Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____03/10/2020_____

_____
*Judge's signature*

City and state: _____West Palm Beach, Florida_____

William Matthewman, U.S. Magistrate Judge
_____
*Printed name and title*

## AVIT IN SUPPORT OF AN ARREST WARRANT

I, James E. Keller II, a Task Force Agent with the Federal Bureau of Investigation (FBI) being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a federally deputized Task Force Agent with the Federal Bureau of Investigation (FBI), and have been since December 2019. I have also been a detective with the North Port Police Department, in Sarasota County, within the Middle District of Florida, since March 2016.  I am currently assigned to the Child Exploitation Task Force in the Tampa Field Office, Sarasota Resident Agency. In my capacity as a detective, I have conducted investigations of a variety of Florida laws that also constitute federal offenses, including 18 U.S.C. § 2252 (certain activities relating to material involving the sexual exploitation of minors). Such offenses are within the jurisdiction of the FBI. In my capacity as a detective, I have initiated and participated in numerous investigations resulting in the arrest and conviction of individuals involved in the possession, distribution, and production of child pornography.  As a result of my experience, I have learned the following information in my official capacity, by firsthand observations, as well as by receiving information from federal and local law enforcement, about the investigation of Robert DUNN ("DUNN").

2.      I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant.  This affidavit is submitted in support of an arrest warrant for Robert DUNN, (hereafter (DUNN).

3.      The information in this affidavit is based upon my personal knowledge, as well as information learned from other law-enforcement agents, investigators, witnesses, and documents. This affidavit is submitted for the limited purpose of establishing probable cause in support of an

1

arrest warrant; as such, it does not include each and every fact known to the government about this investigation.

4.      Based on the information set forth in this affidavit, there is probable cause that DUNN has committed violations of 18 U.S.C. § 2252(a)(2) (receipt of child pornography) and 2252(a)(4) (possession of child pornography). I am requesting authority to arrest DUNN for such violations.

5.      On or about September 3, 2019, your affiant reviewed an Internet Crimes Against Children (ICAC) cyber tip, that occurred on or about June 24, 2019 regarding possession of child pornography. Google had reported the tip to the National Center for Missing and Endangered Children (NCMEC).

6.      On or about June 24, 2019, a Google Drive account associated with the email address "robertaDUNN7975@gmail.com" contained possible contraband. Google provided the following email addresses connected to the suspect's Google account: robertaDUNN7975@gmail.com and a backup email of robertDUNN7975@yahoo.com. The reported content was stored in the Google Photos function. Google provided IP addresses accessing that account, ranging from on or about September 24, 2018 to on or about June 18, 2019. The IP address connected to the upload was 2601:701:c001:b881:6474:94b5:85ef:4763, which resolved to the internet service provider Comcast. The IP address was associated with a Comcast account registered to the address 3673 Giblin Dr., North Port, Florida 34286.   DUNN had reported that address as his residence to the Florida Department of Law Enforcement in or around early 2019.

7.      On or about August 2, 2019, ICAC identified DUNN (an adult male born in July 1975). At the time, DUNN lived at 3673 Giblin Dr. North Port, Florida. DUNN's criminal history shows that he is a registered sex offender with prior convictions for cruelty toward a child in 2006 (adjudication withheld), using a computer to lure a child in 2014, and attempted lewd or lascivious

battery in 2014.

8.      The first Google cyber tip contained six individual photos. Four were duplicates of a photograph and two were duplicates of another photograph. Both unique images portrayed different minor female victims. The first group of four images showed a prepubescent, white female minor sitting in a bathroom with no clothes on and on top of a white vanity surface with a white and blue tile backdrop. The minor was looking at the camera with her undeveloped breasts exposed and her legs spread open exposing her vaginal area, which had no pubic hair. The second set of two images showed a prepubescent female minor leaning back on a bed with purple and brown sheets and a bright colored green, yellow, orange and blue pillow. The minor had no clothes on exposing her undeveloped breasts. Her legs were spread, exposing her hairless genitals. Based on my training and experience, both females in the images appeared to be under the age of ten.

9.      A subpoena return from T-Mobile for the phone number 941-XXX-7484, which was the phone number associated with robertaDUNN7975@gmail.com—the Google account from the first cyber tip, revealed the IMEI connected to the phone number was 354953075263800. The T-Mobile phone number subscriber was listed as DUNN, with an account creation date of on or about January 25, 2019, and an account termination date of on or about August 25, 2019.

10.     On or about October 18, 2019, a judge in the 12th Judicial Circuit, State of Florida, approved a search warrant for the contents of the Google account associated with the email address "robertaDUNN7975@gmail.com." Your affiant reviewed the search warrant production and discovered that the Google account robertaDUNN7975@gmail.com contained the child pornography images described above in the first cyber tip.  Inside the Google production, I located the zip folder robertDUNN7975.Photos.Albums.Preserve.zip and navigated to the folder "Hangout_Robert DUNN o Wendy DUNN."  Inside the folder were 63 images. Four of the images were the same child

pornography images that were reported to NCMEC. In addition, I found an image of DUNN that shows his face and his penis. In the image, DUNN appears to be masturbating as he sits on a couch in what appears to be a residence.

11.     On or about October 16, 2019, your affiant had also reviewed a second ICAC cyber tip generated by Google, relating to the newly-created Google account of robertantonDUNN7975@gmail.com, created on or about June 24, 2019 at 18:56 UTC. The robertantonDUNN7975@gmail.com account had registered the same telephone number referenced above, ending in 7484. The first cyber tip (for the email address robertaDUNN7975@gmail.com) had been reported on or about June 24, 2019 at 18:39 UTC, which means the robertantonDUNN7975@gmail.com account was created approximately 17 minutes after Google reported the robertaDUNN7975@gmail.com account to NCMEC.

12.     On or about September 3, 2019, Google had generated the second cyber tip after becoming aware of a child pornography image in the robertantonDUNN7975@gmail.com account. Google provided login IP addresses associated with access to that account, showing access spanning from on or about June 24, 2019 until on or about September 1, 2019. Although multiple IP address logins originated in North Port, Florida, the last IP address to access the robertantonDUNN7975@gmail.com account was IP address 2600:1702:880:8110:8d04:4012:824d:b366. IP address 2600:1702:880:8110:8d04:4012: 824d:b366, issued by internet server provider AT&T, resolved to Lake Worth, Florida.

13.     A subpoena response from AT&T detailed that the account holder associated with that IP address (2600:1702:880:8110:8d04:4012:824d:b366) was A.M., at the an address in Lake Worth, FL  which DUNN's home address.

14.     Google provided a second cyber tip image loaded into the

4

robertantonDUNN7975@gmail.com account as "Apparent Child Pornography." Google reported that the image was stored in the Google Photos feature of Google Drive. The photograph depicted a white, female minor with no pubic hair or breast development. Based on my training and experience, the minor appeared to be under 10-years old. The minor had her arms spread open and her legs slightly apart, revealing her nude, hairless genitals.

15.     Both Google-generated cyber tips contain similar identifying information associated with DUNN, such as phone numbers, names, and the same recovery email of robertDUNN7975@yahoo.com. An analyst from the Northport Police Department checked the Florida Department of Law Enforcement (FDLE) sexual offender registration website for DUNN. On or about August 10, 2019, DUNN had changed his permanent address from one in North Port, FL, to one in Lake Worth, FL, in the southern District of Florida.

16.     After creating both cyber tips, Google had blocked DUNN from accessing the accounts and had preserved them for law enforcement. Therefore, after the cypertips were created, the accounts did not stay active and were thus not capable of capturing any new data, such as IP logins.

17.     On or about February 11, 2020, the Middle District of Florida issued a search warrant for DUNN's robertantonDUNN7975@gmail.com Google account, i.e. the second Google account.

18.     On or about February 25, 2020, your affiant received a search warrant response from Google and reviewed the contents. In the Google response, the same reported child pornography image as in the second cyber tip detailed above. In addition, DUNN had multiple Google Hangout chats with various women, including a "Wendy" (wendyDUNN82185@gmail.com). In DUNN's conversation with Wendy on or about August 21, 2019, he reported his address to her as his Lake Worth, Florida address. In the conversations, DUNN also provided an image of a screenshots of an

5

Apple iPhone and an image of screenshots of a Microsoft Windows computer. One of the screenshot images captured of the Microsoft Windows computer revealed that it was an Inspiron 5765 device with a device ID ending in "6F9A". The conversation had similar screenshots of the computer with an internet browser open to various tabs, including Gmail. In the same conversations, DUNN expressed his desire to have the female and a young girl fly to the United States for the purposes of sex and to teach them to be a "sex slave." He also expressed his desire to attend Catholic seminary to become a priest for the purpose of having sex with children.

19.     On March 10, 2020, a search warrant was executed at DUNN's home in Lake Worth, Fl.  DUNN was present during the execution of the search warrant.  DUNN was the last person to come outside the residence, and it took an extended period of time and several loud commands to get him to come outside.  DUNN was temporarily taken into custody while the home was cleared by Agents of any dangers.  A search of DUNN revealed a rose-colored Apple iPhone found in his back pocket.  DUNN was then immediately released from temporary custody.  FBI Agents informed DUNN that he was not under arrest and was free to walk away at any time.

20.     DUNN was told that a search warrant was being executed and that we would like to talk to him. He agreed to talk with us.  He came with us to an awaiting vehicle.  He sat in the back seat of the vehicle, which the doors were not locked.  An FBI Agent then told him again that he was not under arrest, he was free to leave, he didn't have to talk to us, and he could open the door and walk away any time he wanted to. He acknowledged he understood what was said to him.

21.     An audio recording device was activated and an FBI Agent again told DUNN he was not under arrest, he was free to leave, and he didn't have to talk us.  DUNN gave a consensual non-custodial confession, and the following are paraphrased statements that he made, not verbatim. DUNN was asked about his Google accounts.  He acknowledged he had two Google accounts that

had been deactivated in 2019.  DUNN admitted that he had been chatting with "Wendy" on the social media platform Google Hangout.  He admitted that he browsed the Internet, and downloaded multiple child pornography images.  He did not say what website he obtained them from, but they were from a google search, and he clicked on "links" to obtain them.  He described them as pornography images of minors to include at least one nude image of an approximately 12-year-old female.  He then admitted that he distributed multiple child pornography images to "Wendy" thru Google Hangouts application in the chat.  He described one of those child pornography images in particular that he distributed as an approximately 12-year-old female, who had no clothing on the bottom half of her body, her legs were spread open, and her vagina was fully revealed to the camera.

22.     DUNN also admitted that he owned a "Dell" laptop style Computer.  During the search of DUNN's bedroom, which had his wallet and driver's license in it, a "Dell" laptop style computer was found hidden in the closet wrapped in plastic.  The power cord for the computer was laying next to his bed, and a mouse was on top of the bed, but the laptop had been disconnected and hidden in the closet.  During an onsite preview of the computer, multiple child pornography images were found in the recycle bin folder.  Two of the child pornography images are described as follows:.

     a.     **Child Pornography Image #1 a**ppears to be an approximately 7 year old prepubescent white female posing for the camera in a lewd manner.  She is fully nude sitting on a piece of furniture or perhaps a rug.  He legs are spread open with her vagina fully visible.

The file was discovered on the computer in Users\Robert Dunn\Downloads\b.jpg.  The file was created on 01/17/20 at 01:34:30 PM.  The file was deleted on 01/18/20 at 01:39:36 AM.

     b.     **Child Pornography Image #2** appears to be an approximately 10-11 year old prepubescent white female posing for the camera in a lewd manner.  She is fully

nude sitting on something unknown, but her legs are spread open with her vagina fully visible.

The file was discovered on the computer in Users\Robert Dunn\Downloads\c.jpg.  The file was created on 01/17/20 at 01:34:35 PM.  The file was deleted on 01/18/20 at 01:39:41 AM.

23.     Dunn was asked about these child pornography images being on his computer.  He stated he could not remember specifically downloading these images, but he did admit that he had downloaded child pornography specifically using this "Dell" laptop repeatedly over the past two years.

### CONCLUSION

24.     Based upon the information provided above, I respectfully submit that probable cause exists that DUNN has received and possessed child pornography while in the Southern District of Florida in violations of 18 U.S.C. § 2252(a)(2) (receipt of child pornography) and 2252(a)(4)(B) (possession of child pornography).  I therefore respectfully request that an arrest warrant be issued authorizing the arrest of DUNN for such violations.

James E. Keller II
Task Force Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 10 day of March, 2020

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

8

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  ROBERT DUNN

**Case No:**  20-8122-WM

Count #: 1

Receipt of Child Pornography

Title 18, United States Code, Section 2252(a)(2) & (b)(1)

**\*Max. Penalty:**   20 Years' Imprisonment (5 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

Count #: 2

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2)

**\*Max. Penalty:**   20 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

   **\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____20-8122-WM_____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: <u>ROBERT DUNN</u>

<u>Pre-Trial Detention</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____*Gregory Schiller*_____
AUSA:   Gregory Schiller

Last Known Address: <u>6182 Wauconda Way West</u>

<u>Lake Worth, Florida</u>

_____

What Facility: _____

_____

Agent(s):   <u>FBI Task Force James E. Keller, II</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**<u>OTHER</u>**)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**No.** _____20-8122-WM_____

UNITED STATES OF AMERICA

V.

ROBERT DUNN

_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United
    States Attorney's Office prior to October 14, 2003?     _____ Yes     __x__ No

2.  Did this matter originate from a matter pending in the Central Region of the United States
    Attorney's Office prior to September 1, 2007?     _____ Yes     ___x__ No

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   _/s/ Gregory Schiller_
      GREGORY SCHILLER
      Assistant United States Attorney
      Florida Bar No. 0648477
      U.S. ATTORNEY'S OFFICE - SDFL
      500 S. Australian Ave.,
      West Palm Beach, FL 33401
      (561) 209-1045
      Gregory.Schiller@usdoj.gov